UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>Plaintiff<br><br>v.<br><br>A. LUGO,<br><br>Defendant. | Case No. 2:16-cv-3671-PA (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report, and Defendant's Reply. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Defendant's Motion to Dismiss [Dkt. 28] is GRANTED;

(2) the Second Amended Complaint is dismissed without leave to amend; and

///

///

(3) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: April 18, 2017             _____
                                 PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE