# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>A. LUGO,<br><br>　　　　Defendant. | Case No. 2:16-cv-3671-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

**IT IS ADJUDGED THAT** this action is dismissed with prejudice.

DATE: April 18, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE